UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ryan Scott Schroeder, *Plaintiff*, | § § § |
| v. | §   Case No. 1-23-CV-00209-ADA |
| Austin Card Room, LLC and Ryan Crow, *Defendants*. | § § § § |

# FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On December 27, 2024, the parties dismissed this action with prejudice by filing a joint stipulation for dismissal. Dkt. 33 (citing FED. R. CIV. P. 41(a)(1)(A)(ii)). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, this action has been dismissed with prejudice, and the Court enters the following final judgment under Rule 58. *See* FED. R. CIV. P. 58.

It is **ORDERED** that all relief not expressly granted is hereby **DENIED**.

It is further **ORDERED** that all pending motions are **MOOT**.

It is further **ORDERED** that each party bears its own costs.

It is finally **ORDERED** that this action is hereby **CLOSED**.

SIGNED on February 10, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE